## ADAMS v. STATE.

(Court of Criminal Appeals of Texas. June 26, 1912.)

CRIMINAL LAW (§ 1121*)—APPEAL—REVIEW.

The facts not having been sent up, the sufficiency of the evidence to justify the verdict cannot be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2938, 2939; Dec. Dig. § 1121.*]

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Willie Adams was convicted, and appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary; his punishment being assessed at three years' confinement in the penitentiary.

The only ground of the motion for new trial complains of the insufficiency of the evidence to justify the verdict of the jury and judgment of the court. There is no merit under this record in that contention, the facts not having been sent up, and the judgment will be affirmed.